```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                                  Case No. 16-04149-MDF
Valentin Garcia-Sandoval                                                Chapter 7
          Debtor                  CERTIFICATE OF NOTICE
District/off: 0314-1          User: CKovach             Page 1 of 2            Date Rcvd: Jan 24, 2017
                              Form ID: 318              Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2017.
```
db            +Valentin Garcia-Sandoval,    4373 Wynnfield Dr.,   Dover, PA 17315-3460
4841807        Belco Community CU,    PO Box 82,    Harrisburg, PA 17108-0082
4841808        Best Buy/CBNA,    PO Box 790441,    Saint Louis, MO 63179-0441
4841810        CYNCB/JC Penney,    PO Box 965007,    Orlando, FL 32896-5007
4841811        Greater York Family Denistry,    c/o Credit Bureau of York,    33 S Duke Street,
                York, PA 17401-1401
4841813        Nationstar Mortgage,    8950 Cypress Waters Blvd,    Irving, TX 75063
4841814        Preferred Credit,    PO Box 1679,    Saint Cloud, MN 56302-1679
4841820       +Synchrony Bank,    c/o JH Portgolio Debt Equities,    5757 Phantom Drive, Suite 225,
                Hazelwood, MO 63042-2429
4841822       +York Hospital,    c/o Penn Credit Corp,    916 S 14th Street,    Harrisburg, PA 17104-3425
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             EDI: RECOVERYCORP.COM Jan 24 2017 18:53:00      Recovery Management Systems Corporation,
                25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
4841806        EDI: AMEREXPR.COM Jan 24 2017 18:53:00      American Express,   PO Box 981540,
                El Paso, TX 79998-1540
4844741       +EDI: AISACG.COM Jan 24 2017 18:53:00      BMW Bank of North America,
                c/o Ascension Capital Group,    P.O. Box 165028,   Irving, TX 75016-5028
4844741       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 24 2017 18:57:55
                BMW Bank of North America,    c/o Ascension Capital Group,    P.O. Box 165028,
                Irving, TX 75016-5028
4841809        EDI: BMW.COM Jan 24 2017 18:53:00      BMW Financial Services,    PO Box 3608,   Dublin, OH 43016
4841812       +EDI: CBSKOHLS.COM Jan 24 2017 18:53:00      Kohl’s Department Store,    PO Box 3115,
                Milwaukee, WI 53201-3115
4842425        EDI: RECOVERYCORP.COM Jan 24 2017 18:53:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4841815        EDI: RMSC.COM Jan 24 2017 18:53:00       SYNCB/HH Gregg,    PO Box 965036,
                Orlando, FL 32896-5036
4841816        EDI: RMSC.COM Jan 24 2017 18:53:00       SYNCB/JC Penney,   PO Box 965007,
                Orlando, FL 32896-5007
4841817        EDI: RMSC.COM Jan 24 2017 18:53:00       SYNCB/Sony Financial,   PO Box 965036,
                Orlando, FL 32896-5036
4841818       +EDI: RMSC.COM Jan 24 2017 18:53:00       SYNCB/TJX Cos,   PO Box 965005,    Orlando, FL 32896-5005
4841819        EDI: RMSC.COM Jan 24 2017 18:53:00       SYNCB/Walmart Dual Card,    PO Box 965024,
                Orlando, FL 32896-5024
4841821       +EDI: WFFC.COM Jan 24 2017 18:53:00      Wells Fargo Dlrsvc/Wacho,    PO Box 1697,
                Winterville, NC 28590-1697
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +BMW Bank of North America,   c/o Ascension Capital Group,    P.O. Box 165028,
                Irving, TX 75016-5028
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2017 at the address(es) listed below:
              James H. Turner    on behalf of Debtor Valentin  Garcia-Sandoval pat@turnerandoconnell.com,
               notices@UpRightLaw.com
              Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
           pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
          Thomas I Puleo    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@goldbecklaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                      TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Valentin Garcia-Sandoval** | Social Security number or ITIN xxx-xx-6637 |
| | First Name   Middle Name   Last Name | EIN __-_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ |
| | | EIN __-_____ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **1:16-bk-04149-MDF** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Valentin Garcia-Sandoval

**By the court:** *Mary D. France* (signature)

January 24, 2017

Honorable Mary D. France
United States Bankruptcy Judge

By: CKovach, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**